IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH KELLY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:10cv218-WC |
| | )          (WO) |
| J.A. KELLER, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be and is hereby DISMISSED without prejudice.

Done this 14th day of June, 2010.

/s/Wallce Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE